**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAT SUPERMARKET, et al., | Case No. CV 23-1157 PA (AGRx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE, | |
| Defendant. | |

In accordance with the Court's September 11, 2023 Minute Order granting the Motion to Dismiss filed by defendant United States of America, Department of Agriculture Food and Nutrition Service ("Defendant") and dismissing plaintiffs Elat Supermarket, Keyvan Novinbakht, Farhad Kamani, and Faramarz Rabikashi's (collectively, "Plaintiffs") Petition for Review of Final Agency Action without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiffs is dismissed with prejudice.

//

//

//

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
2 nothing and Defendant shall have its costs of suit.
3 DATED: September 11, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE